# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Ana Quinonez Tamimi,

    Defendant

Case No.: 2:17-cr-00381-JAD-CWH

**Order Adopting
Report & Recommendation**

[ECF Nos. 15, 28]

Ana Quinonez Tamimi was indicted on a single count of making false statements in a passport application in violation of 18 USC § 1542.[1] Both Tamimi and the government moved to dismiss that indictment—they disputed only whether the dismissal should be with or without prejudice.[2] Magistrate Judge Hoffman granted the government's motion to dismiss without prejudice and recommends that I now deny defendant Tamimi's competing motion as moot.[3]

Any objections to the report and recommendation were due by December 13, 2018, and none were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that:

- The Magistrate Judge's Report and Recommendation **[ECF No. 28] is ADOPTED** in its entirety;

---

[1] ECF No. 11.

[2] ECF Nos. 15, 21.

[3] ECF No. 28.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

- Tamimi's motion to dismiss the indictment with prejudice [ECF No. 15] is DENIED as moot, the warrant is **QUASHED**; and
- The Clerk of Court is directed to **CLOSE THIS CASE.**

Dated: January 4, 2019

_____
U.S. District Judge Jennifer A. Dorsey